| | | |
|---|---|---|
| Trustee Name, Address, Phone, Fax, Email:<br>DANE S. FIELD<br>P.O. BOX 4198, HONOLULU, HI 96812<br>(808)232-8788<br> fax<br>dfield@hawaii.rr.com | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2019 SEP -9 A 11: 51<br>MICHAEL B. DOWLING<br>CLERK OF COURT | UNITED STATES BANKRUPTCY COURT<br>DISTRICE OF HAWAII |
| Debtor(s):<br>MAUI INDUSTRIAL LOAN & FINANCE COMP | Case No.: 10-00235<br>Chapter 7 | PAID |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $288,001.95 |
|---|---|

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 99 | William Daniels Weight, Jr. | $25,183.75 |
| 95 | Lila Ann Kauinohea Kawai Yim | $12,591.78 |
| 43A | Albright Custom Pools Ltd. | $49,802.50 |
| 43B | Albright Custom Pools Ltd. | $58,056.41 |
| 81 | Janet Ethelwynn LLoyd | $50,367.51 |
| 9 | Richard Ouye | $92,000.00 |
| | | |

Dated: 9/4/19

Dane S. Field, Trustee