```
                          United States Bankruptcy Court
                                District of Hawaii
In re:                                                        Case No. 10-00235-rjf
Maui Industrial Loan & Finance Company,                       Chapter 7
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0975-1          User: bl                 Page 1 of 7            Date Rcvd: Apr 30, 2020
                              Form ID: H1340          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db           +Maui Industrial Loan & Finance Company, Inc.,    140 N. Market Street, #201,
              Wailuku, HI 96793-1732
aty          +Heather K.L. Conahan,    Loden & Conahan, LLLC,   737 Bishop Street, Suite 2990,
              Pacific Guardian Center, Mauka Tower,    Honolulu, HI 96813-3219
aty          +Joan Meagher,    Klevansky Piper, LLP,   Davies Pacific Center, Suite 1707,    841 Bishop Street,
              Honolulu, HI 96813-3908
aty          +Kevin T. Morikone,    Lyle S. Hosoda & Associates LLC,    345 Queen Street, Ste. 804,
              Honolulu, HI 96813-4723
aty          +Patrick K. Wong,    Law Office of Patrick Wong,   2035 Main Street,    Wailuku, HI 96793-5622
aty          +Peter W. Meagher,    c/o Klevansky Piper, LLP,   Davies Pacific Center, Suite 770,
              841 Bishop Street,    Honolulu, HI 96813-3908
aty           Shults & Tamm ALC,    1164 Bishop St Ste 1611,   Honolulu, HI 96813-2816
cr           +AOAO Maui Three Complex,    C/o Peter A. Horovitz,   Merchant Horovitz LLLC,
              2073 Wells Street, Ste. 101,    Wailuku, HI 96793-2228
cr           +Azalea Communications, LLC,    1132 Bishop St, Ste 2312,    Honolulu, HI 96813-2814
cr           +Certified Sounds, LLC,    C/o Peter A. Horovitz,   Merchant Horovitz LLLC,
              2073 Wells Street, Ste. 101,    Wailuku, HI 96793-2228
cr           +CitiMortgage, Inc.,    c/o Clay Chapman, et al.,   700 Bishop Street, Suite 2100,
              Honolulu, HI 96813-4120
cr           +Du Watts Electric, Inc.,    C/o Peter A. Horovitz,   Merchant Horovitz LLLC,
              2073 Wells Street, Ste. 101,    Wailuku, HI 96793-2228
tc           +Enver W Painter, Jr.,    1188 Bishop Street,   Suite 2505,    Honolulu, Hi 96813-3310
cr           +Harry Hiileialii Holt, III,    659 Pohala Street,   Wailuku, HI 96793-1369
cr           +Herminio G Salaguinto,    C/o Peter A. Horovitz,   Merchant Horovitz LLLC,
              2073 Wells Street, Ste. 101,    Wailuku, HI 96793-2228
cr            Janet Ethelwynn Lloyd,    c/o Leslie-Aina Weight,   1000 Ainako Avenue,    Hilo, HI  96720-1504
intp          Jean F. Takamiya,    4837 Klamath Street,   Los Angeles, CA  90032-3232
cr           +Jeffrey Koga,    C/o Peter A. Horovitz,   Merchant Horovitz LLLC,    2073 Wells Street, Ste. 101,
              Wailuku, HI 96793-2228
cr           +Joan Meagher,    c/o Klevansky Piper, LLP,   Davies Pacific Center,    Suite 1707,
              841 Bishop Street,    Honolulu, HI 96813-3908
tc           +Jordan Ramis PC,    Two Centerpointe Dr Ste 600,   Lake Oswego, OR 97035-8619
cr           +Kula Community Federal Credit Union,    c/o 999 Bishop Street, 23rd Floor,
              Honolulu, HI 96813-4428
sp           +Lane & Nach, P.C,    2001 E. Campbell Avenue, Suite 103,    Phoenix, AZ 85016-5573
cr           +Leonida G Salaguinto,    C/o Peter A. Horovitz,   Merchant Horovitz LLLC,
              2073 Wells Street, Ste. 101,    Wailuku, HI 96793-2228
cr           +Lucille Wailani Kawa Antonio,    PO Box 203,   Kamuela, HI 96743-0203
intp         +Mancini, Welch & Geiger, LLP, A Limited Law Liabil,    33 Lono Avenue, Suite 470,
              Kahului, HI 96732-1608
cr           +Patricia Mulligan Trust,    c/o Wright & Kirschbraun,   1885 Main Street,    Suite 108,
              Wailuku, HI 96793-1827
cr           +Patricia Mulligan Trust,    c/o Klevansky Piper, LLP,   Davies Pacific Center,    Suite 1707,
              841 Bishop Street,    Honolulu, HI 96813-3968
acc          +Peter K. Matsumoto,    P.O. Box 26479,   Honolulu, HI 96825-6479
cr           +Peter W. Meagher,    c/o Klevansky Piper, LLP,   Davies Pacific Center,    Suite 1707,
              841 Bishop Street,    Honolulu, HI 96813-3968
cr           +RNI-NV Limited Partnership,    c/o Jerrold K. Guben, Esq.,    733 Bishop Street, Suite 2400,
              Honolulu, HI 96813-4070
cr           +Rose Miyamoto,    C/o Peter A. Horovitz,   Merchant Horovitz LLLC,    2073 Wells Street, Ste. 101,
              Wailuku, HI 96793-2228
cr          ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
              (address filed with court:  Snap-on Credit LLC,    950 Technology Way Ste 301,
              Libertyville, IL  60048)
cr           +Sandra Koga,    C/o Peter A. Horovitz,   Merchant Horovitz LLLC,    2073 Wells Street, Ste. 101,
              Wailuku, HI 96793-2228
cr           +Scott Kanamori,    17 Hanale Way,    Kula, HI 96790-8502
sp           +Tom Pierce,    PO Box 798,    Makawao, HI 96768-0798
cr           +Wayne's Carpet Maui,    C/o Peter A. Horovitz,   Merchant Horovitz LLLC,
              2073 Wells Street, Ste. 101,    Wailuku, HI 96793-2228
cr           +William Daniels Weight, Jr.,    Nancy DiLuzio, Trustee,    372 Ilsley Way,
              Folsom, CA 95630-8427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: bankruptcy@asbhawaii.com May 01 2020 04:26:16     American Savings Bank, F.S.B.,
              PO Box 2300,    Honolulu, HI  96804-2300
cr           +E-mail/Text: retailcollections@centralpacificbank.com May 01 2020 04:26:16
              Central Pacific Bank,    c/o Cori Ann C. Takamiya,   220 S. King St., 19th Fl.,
              Honolulu, HI 96813-4590
cr            E-mail/Text: jmarshall@jmpartnersllc.com May 01 2020 04:26:15     JM Partners LLC,
              c/o John Marshall,    6800 Paragon Place, Ste. 202,   Richmond, VA  23230-1656
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Dawn Mulligan-Ray
cr          ##+Francene Pualehua Polelia Kawai,   PO Box 44418,   Kamuela, HI 96743-4418
                                                                            TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
          Addison D. Bonner    on behalf of Creditor    Dairy Road Property LLC adb@hosodalaw.com,
           mc@hosodalaw.com,tt@hosodalaw.com,kd@hosodalaw.com
          Addison D. Bonner    on behalf of Creditor    Ronald R. and Miriam M. Jacintho Living Trust
           adb@hosodalaw.com,  mc@hosodalaw.com,tt@hosodalaw.com,kd@hosodalaw.com
          Alika L. Piper    on behalf of Creditor Peter W. Meagher apiper@kplawhawaii.com,
           bvierra@kplawhawaii.com;peter@kplawhawaii.com;bshin@kplawhawaii.com
          Alika L. Piper    on behalf of Creditor    Patricia Mulligan Trust apiper@kplawhawaii.com,
           bvierra@kplawhawaii.com;peter@kplawhawaii.com;bshin@kplawhawaii.com
          Alika L. Piper    on behalf of Interested Party Peter W. Meagher apiper@kplawhawaii.com,
           bvierra@kplawhawaii.com;peter@kplawhawaii.com;bshin@kplawhawaii.com
          Alika L. Piper    on behalf of Creditor Joan  Meagher apiper@kplawhawaii.com,
           bvierra@kplawhawaii.com;peter@kplawhawaii.com;bshin@kplawhawaii.com
          Alika L. Piper    on behalf of Interested Party Joan  Meagher apiper@kplawhawaii.com,
           bvierra@kplawhawaii.com;peter@kplawhawaii.com;bshin@kplawhawaii.com
          Allison A. Ito    on behalf of Defendant    Lloyd Y. Kimura, CPA, Inc. Retirement Trust
           aito@hibklaw.com,   jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com
          Allison A. Ito    on behalf of Debtor Lloyd Yoshio Kimura aito@hibklaw.com,
           jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com
          Allison A. Ito    on behalf of Debtor    Maui Industrial Loan & Finance Company, Inc.
           aito@hibklaw.com,   jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com
          Allison A. Ito    on behalf of Defendant    Lloyd Y. Kimura, CPA, Inc. 401 Profit Sharing Plan
           aito@hibklaw.com,   jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com
          Barbara L. Franklin    on behalf of Creditor William  Marrs barbara@island-law.com,
           i-got-notices@island-law.com;jdavis@island-law.com;admin@island-law.com
          Barbara L. Franklin    on behalf of Creditor    Marmac, Inc. barbara@island-law.com,
           i-got-notices@island-law.com;jdavis@island-law.com;admin@island-law.com
          Bradley R. Tamm    on behalf of Attorney    Shults & Tamm ALC bradley.r.tamm@dbhawaii.org
          Bradley R. Tamm    on behalf of Trustee Dane S. Field bradley.r.tamm@dbhawaii.org
          Bradley R. Tamm    on behalf of Plaintiff Dane S. Field bradley.r.tamm@dbhawaii.org
          Bradley R. Tamm    on behalf of Plaintiff Dane S Field bradley.r.tamm@dbhawaii.org
          Brandon M. Segal    on behalf of Defendant David Harold McGuire jtanaka@ahfi.com;notice@ahfi.com
          Brandon M. Segal    on behalf of Defendant Gay Iwalani McGuire jtanaka@ahfi.com;notice@ahfi.com
          Brandon M. Segal    on behalf of Defendant Yvonne Piilani Daniels Cox
           jtanaka@ahfi.com;notice@ahfi.com
          Brandon M. Segal    on behalf of Defendant Annette Mapuana McGuire Collins
           jtanaka@ahfi.com;notice@ahfi.com
          Brandon M. Segal    on behalf of Defendant Ione Uilani Daniels Nobriga
           jtanaka@ahfi.com;notice@ahfi.com
          Brandon M. Segal    on behalf of Defendant Edyne Haunani Daniels Valente
           jtanaka@ahfi.com;notice@ahfi.com
          Brandon M. Segal    on behalf of Defendant Edith Leinaala Kaaua Britto
           jtanaka@ahfi.com;notice@ahfi.com
```

```
District/off: 0975-1          User: bl              Page 3 of 7            Date Rcvd: Apr 30, 2020
                              Form ID: H1340        Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Brandon M. Segal    on behalf of Defendant Jonathan  Starr jtanaka@ahfi.com;notice@ahfi.com
              Calvin E. Young    on behalf of Interested Party    Mancini, Welch & Geiger, LLP, A Limited Law
               Liability Partnership calvin.young@hawadvocate.com
              Calvin E. Young    on behalf of Defendant    Mancini, Welch & Geiger LLP
               calvin.young@hawadvocate.com
              Carole  Neville    on behalf of Defendant    Citigroup Trust - Delaware N.A.
               cneville@sonnenschein.com
              Carole  Neville    on behalf of Interested Party Jeanette D. Levin cneville@sonnenschein.com
              Carole  Neville    on behalf of Defendant Jeanette D. Levin cneville@sonnenschein.com
              Christopher J. Muzzi    on behalf of Creditor Terry  Muraoka cmuzzi@hilaw.us,  tcanon@hilaw.us
              Christopher J. Muzzi    on behalf of Creditor Lane  Muraoka cmuzzi@hilaw.us,  tcanon@hilaw.us
              Christopher J. Muzzi    on behalf of Creditor Joni  Diserens cmuzzi@hilaw.us,  tcanon@hilaw.us
              Christopher J. Muzzi    on behalf of Creditor Jonathon  Ohta cmuzzi@hilaw.us,  tcanon@hilaw.us
              Christopher J. Muzzi    on behalf of Creditor Charlotte  Muraoka cmuzzi@hilaw.us,  tcanon@hilaw.us
              Christopher J. Muzzi    on behalf of Creditor Jason  Ohta cmuzzi@hilaw.us,  tcanon@hilaw.us
              Christopher J. Muzzi    on behalf of Creditor James Y. Ohta cmuzzi@hilaw.us,  tcanon@hilaw.us
              Christopher J. Muzzi    on behalf of Creditor Keoki  Johnson cmuzzi@hilaw.us,  tcanon@hilaw.us
              Chuck C. Choi    on behalf of Debtor    Maui Industrial Loan & Finance Company, Inc.
               cchoi@hibklaw.com,  jczerwinski@hibklaw.com
              Chuck C. Choi    on behalf of Debtor Lloyd Yoshio Kimura cchoi@hibklaw.com,
               jczerwinski@hibklaw.com
              Cori Ann C. Takamiya    on behalf of Creditor    Central Pacific Bank bankruptcy@kdubm.com,
               ctakamiya@kdubm.com
              Curtis B. Ching    on behalf of U.S. Trustee    Office of the U.S. Trustee.
               USTPRegion15.HI.ECF@usdoj.gov
              Dana R. Lyons    on behalf of Defendant David-Jay  Yamaguchi dlyons@caselombardi.com,
               mahea.ueshiro@mtglawfirm.com
              Dana R. Lyons    on behalf of Defendant Dennis I. Hinahara dlyons@caselombardi.com,
               mahea.ueshiro@mtglawfirm.com
              Dana R. Lyons    on behalf of Defendant Ninay  Piano dlyons@caselombardi.com,
               mahea.ueshiro@mtglawfirm.com
              Dana R. Lyons    on behalf of Defendant Jan-Renee  Souza-Almeida dlyons@caselombardi.com,
               mahea.ueshiro@mtglawfirm.com
              Dana R. Lyons    on behalf of Defendant Carol  Uhl dlyons@caselombardi.com,
               mahea.ueshiro@mtglawfirm.com
              Dana R. Lyons    on behalf of Defendant Myra S. Hinahara dlyons@caselombardi.com,
               mahea.ueshiro@mtglawfirm.com
              Dana R. Lyons    on behalf of Defendant Esther  Aguinaldo dlyons@caselombardi.com,
               mahea.ueshiro@mtglawfirm.com
              Dane S. Field    dfield@hawaii.rr.com,  dsfield@ecf.axosfs.com
              Dane S. Field    on behalf of Trustee Dane S. Field dfield@hawaii.rr.com,  dsfield@ecf.axosfs.com
              David C Farmer    on behalf of Defendant Kelly McKenzie Perkins farmerd001@hawaii.rr.com
              David C Farmer    on behalf of Defendant Gregory H Awana farmerd001@hawaii.rr.com
              David C Farmer    on behalf of Defendant George  Awana, Jr farmerd001@hawaii.rr.com
              David C Farmer    on behalf of Defendant Koridon Luis Mahuka Andrew farmerd001@hawaii.rr.com
              David C Farmer    on behalf of Creditor Harry Hiileialii Holt, III farmer6348@twc.com
              Deborah Day Emerson    on behalf of Interested Party    Counsel to Commissioner of Financial
               Institutions ,   christine.a.haida@hawaii.gov
              Deborah K. Wright    on behalf of Creditor    Patricia Mulligan Trust firm@wkmaui.com
              Don Jeffrey Gelber    on behalf of Mediator Don Jeffrey Gelber D.J.Gelber@PacLawTeam.com
              Elizabeth A. Kane    on behalf of Plaintiff Dane S. Field ekanelaw@kanelawhawaii.com,
               kanelizabeth@gmail.com
              Elizabeth A. Kane    on behalf of Defendant Shirley  Caires ekanelaw@kanelawhawaii.com,
               kanelizabeth@gmail.com
              Elizabeth A. Kane    on behalf of Defendant Curtis  Damian ekanelaw@kanelawhawaii.com,
               kanelizabeth@gmail.com
              Elizabeth A. Kane    on behalf of Defendant James  McCoy ekanelaw@kanelawhawaii.com,
               kanelizabeth@gmail.com
              Elizabeth A. Kane    on behalf of Defendant Arlene  Ramirez-Nicholas ekanelaw@kanelawhawaii.com,
               kanelizabeth@gmail.com
              Elizabeth A. Kane    on behalf of Trustee Dane S. Field ekanelaw@kanelawhawaii.com,
               kanelizabeth@gmail.com
              Elizabeth A. Kane    on behalf of Defendant Alex  Dacuycuy ekanelaw@kanelawhawaii.com,
               kanelizabeth@gmail.com
              Elizabeth A. Kane    on behalf of Defendant Roberta  Cagasan ekanelaw@kanelawhawaii.com,
               kanelizabeth@gmail.com
              Elizabeth A. Kane    on behalf of Defendant William  Onnagan ekanelaw@kanelawhawaii.com,
               kanelizabeth@gmail.com
              Elizabeth A. Kane    on behalf of Defendant Elmer  Arcano ekanelaw@kanelawhawaii.com,
               kanelizabeth@gmail.com
              Elizabeth A. Kane    on behalf of Defendant Kathleen  Watts ekanelaw@kanelawhawaii.com,
               kanelizabeth@gmail.com
              Enver W. Painter, Jr.    on behalf of Trustee Dane S. Field enver.painter@hawaiiantel.net
              Enver W. Painter, Jr.    on behalf of Trustee Counsel Enver W Painter, Jr.
               enver.painter@hawaiiantel.net
              Enver W. Painter, Jr.    on behalf of Plaintiff Dane S Field enver.painter@hawaiiantel.net
              Eric A. Seitz    on behalf of Defendant Philip H. Lowenthal eseitzatty@yahoo.com
              Eric A. Seitz    on behalf of Defendant    Philip H. Lowenthal, AAL, ALC eseitzatty@yahoo.com

```
District/off: 0975-1           User: bl                    Page 4 of 7                  Date Rcvd: Apr 30, 2020
                               Form ID: H1340              Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Gary Y. Okuda     on behalf of Defendant Vickie Verna Iwamoto gary@leu-okuda.com,
               alomlack@leu-okuda.com
              Gary Y. Okuda     on behalf of Defendant Robert Scott Noboru Iwamoto, III gary@leu-okuda.com,
               alomlack@leu-okuda.com
              Gregory W. Kugle    on behalf of Interested Party Jeanette D. Levin gwk@hawaiilawyer.com,
               rochellep@hawaiilawyer.com;bknotice@hawaiilawyer.com;bknotice2@hawaiilawyer.com
              Gregory W. Kugle    on behalf of Defendant Jeanette D. Levin gwk@hawaiilawyer.com,
               rochellep@hawaiilawyer.com;bknotice@hawaiilawyer.com;bknotice2@hawaiilawyer.com
              Gregory W. Kugle    on behalf of Defendant    Citigroup Trust - Delaware N.A. gwk@hawaiilawyer.com,
               rochellep@hawaiilawyer.com;bknotice@hawaiilawyer.com;bknotice2@hawaiilawyer.com
              Harrison P. Chung    on behalf of Mediator Harrison P. Chung hpchawaii@msn.com,
               hpclawbkr011@gmail.com
              Harrison P. Chung    on behalf of Defendant Sherilyn Y. Kimura hpchawaii@msn.com,
               hpclawbkr011@gmail.com
              Harrison P. Chung    on behalf of Defendant Nathan M.F. Kimura hpchawaii@msn.com,
               hpclawbkr011@gmail.com
              Harrison P. Chung    on behalf of Interested Party Hilton  Unemori hpchawaii@msn.com,
               hpclawbkr011@gmail.com
              Harrison P. Chung    on behalf of Defendant Malia S. Kimura hpchawaii@msn.com,
               hpclawbkr011@gmail.com
              Jenny Jun Nee Ayako Nakamoto     on behalf of Creditor Jody C Boeringa jenny.nakamoto@dentons.com,
               Charlene.kaio@dentons.com;Docket.General.Lit.HNL@dentons.com
              Jerrold K. Guben     on behalf of Defendant    RNI-NV Limited Partnership jkg@opglaw.com,
               julie@opgilaw.com
              Jerrold K. Guben     on behalf of Creditor    RNI-NV Limited Partnership jkg@opglaw.com,
               julie@opgilaw.com
              Jill J. Takayama    on behalf of Creditor    Central Pacific Bank jtakayama@kdubm.com,
               bankruptcy@kdubm.com
              Jonathan I. Reich    on behalf of Interested Party Jeanette D. Levin jreich@dwclaw.com
              Jonathan W.Y. Lai    on behalf of Creditor    Kula Community Federal Credit Union jlai@wik.com,
               dmatsuda@wik.com
              Judy A. Tanaka     on behalf of Creditor Jody C Boeringa judy.tanaka@dentons.com,
               rona.kawamoto@dentons.com,Docket.General.Lit.HNL@dentons.com
              Karyn A. Doi     on behalf of Defendant Vickie Verna Iwamoto karyn@leu-okuda.com,
               lisa@leu-okuda.com
              Karyn A. Doi     on behalf of Defendant Robert Scott Noboru Iwamoto, III karyn@leu-okuda.com,
               lisa@leu-okuda.com
              Keith D. Kirschbraun     on behalf of Creditor    Patricia Mulligan Trust firm@wkmaui.com
              Kurt K. Leong     on behalf of Defendant Ramsey  Decoite kleong@ollon.com,  skato@ollon.com
              Kurt K. Leong     on behalf of Defendant Thomas N. Decoite kleong@ollon.com,  skato@ollon.com
              Kurt K. Leong     on behalf of Interested Party Thomas N. Decoite kleong@ollon.com,  skato@ollon.com
              Lex R. Smith     on behalf of Creditor    Hawaii National Bank lsmith@ksglaw.com,
               jkeane@ksglaw.com;myw@ksglaw.com
              Lissa D Shults     on behalf of Trustee Dane S. Field lshults@shults-tamm.com
              Lissa D Shults     on behalf of Plaintiff Dane S Field lshults@shults-tamm.com
              Lissa D Shults     on behalf of Plaintiff Dane S. Field lshults@shults-tamm.com
              Louise K. Y. Ing    on behalf of Creditor William Daniels Weight, Jr. louise.ing@dentons.com,
               donna.ahuna@dentons.com;DOCKET.GENERAL.LIT.HNL@dentons.com
              Louise K. Y. Ing    on behalf of Defendant Jonathan  Starr louise.ing@dentons.com,
               donna.ahuna@dentons.com;DOCKET.GENERAL.LIT.HNL@dentons.com
              Louise K. Y. Ing    on behalf of Creditor Janet Ethelwynn Lloyd louise.ing@dentons.com,
               donna.ahuna@dentons.com;DOCKET.GENERAL.LIT.HNL@dentons.com
              Louise K. Y. Ing    on behalf of Creditor Jody C Boeringa louise.ing@dentons.com,
               donna.ahuna@dentons.com;DOCKET.GENERAL.LIT.HNL@dentons.com
              Lyle S. Hosoda    on behalf of Creditor    Ronald R. and Miriam M. Jacintho Living Trust
               lsh@hosodalaw.com,  sa@hosodalaw.com,ab@hosodalaw.com
              Lyle S. Hosoda    on behalf of Creditor    Dairy Road Property LLC lsh@hosodalaw.com,
               sa@hosodalaw.com,ab@hosodalaw.com
              Matthew S. Dvonch    on behalf of Creditor Jody C Boeringa ,
               donna.m.hoeft@hawaii.gov;janet.t.salsedo@hawaii.gov
              Michael A. Yoshida    on behalf of Defendant Jeanette D. Levin may@hawaiilawyer.com,
               bknotice2@hawaiilawyer.com;rae@hawaiilawyer.com
              Michael A. Yoshida    on behalf of Defendant    Citigroup Trust - Delaware N.A.
               may@hawaiilawyer.com,  bknotice2@hawaiilawyer.com;rae@hawaiilawyer.com
              Michael A. Yoshida    on behalf of Interested Party Jeanette D. Levin may@hawaiilawyer.com,
               bknotice2@hawaiilawyer.com;rae@hawaiilawyer.com
              Noelle B. Catalan     on behalf of Defendant Jeanette D. Levin nbc@hawaiilawyer.com,
               rae@hawaiilawyer.com
              Noelle B. Catalan     on behalf of Interested Party Jeanette D. Levin nbc@hawaiilawyer.com,
               rae@hawaiilawyer.com
              Noelle B. Catalan     on behalf of Defendant    Citigroup Trust - Delaware N.A. nbc@hawaiilawyer.com,
               rae@hawaiilawyer.com
              Office of the U.S. Trustee.     ustpregion15.hi.ecf@usdoj.gov
              Paul D. Alston    on behalf of Defendant Yvonne Piilani Daniels Cox paul.alston@dentons.com,
               Rose.Patrocinio@dentons.com;Docket.General.Lit.HNL@dentons.com
              Paul D. Alston    on behalf of Defendant Gay Iwalani McGuire paul.alston@dentons.com,
               Rose.Patrocinio@dentons.com;Docket.General.Lit.HNL@dentons.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Paul D. Alston    on behalf of Defendant Edyne Haunani Daniels Valente paul.alston@dentons.com, Rose.Patrocinio@dentons.com;Docket.General.Lit.HNL@dentons.com
Paul D. Alston    on behalf of Defendant Eudora Keliikokua Kukona Lopes paul.alston@dentons.com, Rose.Patrocinio@dentons.com;Docket.General.Lit.HNL@dentons.com
Paul D. Alston    on behalf of Defendant Susan Leilani Spencer Ewing paul.alston@dentons.com, Rose.Patrocinio@dentons.com;Docket.General.Lit.HNL@dentons.com
Paul D. Alston    on behalf of Defendant Edith Leinaala Kaaua Britto paul.alston@dentons.com, Rose.Patrocinio@dentons.com;Docket.General.Lit.HNL@dentons.com
Paul D. Alston    on behalf of Defendant Georgiana Mokihana Kukona Oliveira paul.alston@dentons.com, Rose.Patrocinio@dentons.com;Docket.General.Lit.HNL@dentons.com
Paul D. Alston    on behalf of Defendant Annette Mapuana McGuire Collins paul.alston@dentons.com, Rose.Patrocinio@dentons.com;Docket.General.Lit.HNL@dentons.com
Paul D. Alston    on behalf of Defendant David Harold McGuire paul.alston@dentons.com, Rose.Patrocinio@dentons.com;Docket.General.Lit.HNL@dentons.com
Paul D. Alston    on behalf of Defendant Zenobia Kaleihulumamo Kukona Oue paul.alston@dentons.com, Rose.Patrocinio@dentons.com;Docket.General.Lit.HNL@dentons.com
Paul D. Alston    on behalf of Defendant Ione Uilani Daniels Nobriga paul.alston@dentons.com, Rose.Patrocinio@dentons.com;Docket.General.Lit.HNL@dentons.com
Peter A. Horovitz    on behalf of Creditor Rose  Miyamoto pah@mhmaui.com
Peter A. Horovitz    on behalf of Creditor Sandra  Koga pah@mhmaui.com
Peter A. Horovitz    on behalf of Creditor    AOAO Maui Three Complex pah@mhmaui.com
Peter A. Horovitz    on behalf of Creditor Leonida G Salaguinto pah@mhmaui.com
Peter A. Horovitz    on behalf of Creditor    Wayne's Carpet Maui pah@mhmaui.com
Peter A. Horovitz    on behalf of Creditor    Certified Sounds, LLC pah@mhmaui.com
Peter A. Horovitz    on behalf of Creditor    Du Watts Electric, Inc. pah@mhmaui.com
Peter A. Horovitz    on behalf of Creditor Herminio G Salaguinto pah@mhmaui.com
Peter A. Horovitz    on behalf of Creditor Jeffrey  Koga pah@mhmaui.com
Philip H. Lowenthal    phl@maui.net
Raina P.B. Gushiken    on behalf of Creditor    Ronald R. and Miriam M. Jacintho Living Trust rpbg@hosodalaw.com, mc@hosodalaw.com
Raina P.B. Gushiken    on behalf of Creditor    Dairy Road Property LLC rpbg@hosodalaw.com, mc@hosodalaw.com
Randolph R. Slaton    on behalf of Creditor    RNI-NV Limited Partnership RRS@opgilaw.com, alison@opgilaw.com;julie@opgilaw.com
Robert D. Triantos    on behalf of Defendant    Pas, Inc. rdt@carlsmith.com
Robert D. Triantos    on behalf of Defendant Alexander G Kost rdt@carlsmith.com
Robert D. Triantos    on behalf of Defendant Marion  Kost rdt@carlsmith.com
Robert D. Triantos    on behalf of Defendant    Marion's Hilo Venture, Inc. rdt@carlsmith.com
Robert E. Chapman    on behalf of Creditor    CitiMortgage, Inc. rchapman@paclawteam.com, evelyn@paclawteam.com
Ryan M. Hamaguchi    on behalf of Defendant Myra S. Hinahara rhamaguchi@cades.com, jcraig@cades.com
Ryan M. Hamaguchi    on behalf of Defendant Dennis I. Hinahara rhamaguchi@cades.com, jcraig@cades.com
Ryther L. Barbin    on behalf of Defendant Edna M. Millar barbin@maui.net, brandonstarr@hawaii.rr.com
Ryther L. Barbin    on behalf of Defendant Chester F. Millar barbin@maui.net, brandonstarr@hawaii.rr.com
Scott E. Kubota    on behalf of Defendant Tamara C Staples scott.kubota@gmail.com
Scott E. Kubota    on behalf of Defendant    Staples Family Living Trust scott.kubota@gmail.com
Scott E. Kubota    on behalf of Defendant Robert G Staples scott.kubota@gmail.com
Shellie  Park-Hoapili    on behalf of Defendant Edyne Haunani Daniels Valente , cmurakami@ahfi.com;notice@ahfi.com
Shellie  Park-Hoapili    on behalf of Defendant David Harold McGuire , cmurakami@ahfi.com;notice@ahfi.com
Shellie  Park-Hoapili    on behalf of Defendant Eudora Keliikokua Kukona Lopes , cmurakami@ahfi.com;notice@ahfi.com
Shellie  Park-Hoapili    on behalf of Defendant Yvonne Piilani Daniels Cox , cmurakami@ahfi.com;notice@ahfi.com
Shellie  Park-Hoapili    on behalf of Defendant Zenobia Kaleihulumamo Kukona Oue , cmurakami@ahfi.com;notice@ahfi.com
Shellie  Park-Hoapili    on behalf of Defendant Annette Mapuana McGuire Collins , cmurakami@ahfi.com;notice@ahfi.com
Shellie  Park-Hoapili    on behalf of Defendant Gay Iwalani McGuire , cmurakami@ahfi.com;notice@ahfi.com
Shellie  Park-Hoapili    on behalf of Defendant Georgiana Mokihana Kukona Oliveira , cmurakami@ahfi.com;notice@ahfi.com
Shellie  Park-Hoapili    on behalf of Defendant Edith Leinaala Kaaua Britto , cmurakami@ahfi.com;notice@ahfi.com
Shellie  Park-Hoapili    on behalf of Defendant Susan Leilani Spencer Ewing , cmurakami@ahfi.com;notice@ahfi.com
Shellie  Park-Hoapili    on behalf of Defendant Ione Uilani Daniels Nobriga , cmurakami@ahfi.com;notice@ahfi.com
Sidney K. Ayabe    on behalf of Defendant    Mancini, Welch & Geiger LLP sidney.ayabe@hawadvocate.com, sally.hayashi@hawadvocate.com
Simon Klevansky    on behalf of Creditor    Patricia Mulligan Trust sklevansky@kplawhawaii.com, bvierra@kplawhawaii.com;peter@kplawhawaii.com;ecfnotices@kplawhawaii.onmicrosoft.com;bshin@kplawhawaii.com;kplaw@ecf.courtdrive.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Simon    Klevansky     on behalf of Interested Party Peter W. Meagher sklevansky@kplawhawaii.com,
               bvierra@kplawhawaii.com;peter@kplawhawaii.com;ecfnotices@kplawhawaii.onmicrosoft.com;bshin@kplawh
               awaii.com;kplaw@ecf.courtdrive.com
              Simon    Klevansky     on behalf of Interested Party Joan   Meagher sklevansky@kplawhawaii.com,
               bvierra@kplawhawaii.com;peter@kplawhawaii.com;ecfnotices@kplawhawaii.onmicrosoft.com;bshin@kplawh
               awaii.com;kplaw@ecf.courtdrive.com
              Simon    Klevansky     on behalf of Creditor Peter W. Meagher sklevansky@kplawhawaii.com,
               bvierra@kplawhawaii.com;peter@kplawhawaii.com;ecfnotices@kplawhawaii.onmicrosoft.com;bshin@kplawh
               awaii.com;kplaw@ecf.courtdrive.com
              Simon    Klevansky     on behalf of Creditor Joan   Meagher sklevansky@kplawhawaii.com,
               bvierra@kplawhawaii.com;peter@kplawhawaii.com;ecfnotices@kplawhawaii.onmicrosoft.com;bshin@kplawh
               awaii.com;kplaw@ecf.courtdrive.com
              Steven   Goto     on behalf of Defendant    Mancini, Welch & Geiger LLP steven.goto@hawadvocate.com,
               bernadette.kang@hawadvocate.com
              Steven   Guttman     on behalf of Defendant    KK7, LLC kdubm_bk@kdubm.com
              Steven   Guttman     on behalf of Creditor David and Irene  Miyake kdubm_bk@kdubm.com
              Steven   Guttman     on behalf of Defendant Kenneth N. Kaminaka kdubm_bk@kdubm.com
              Steven   Guttman     on behalf of Creditor    Hamai Appliances, Inc. kdubm_bk@kdubm.com
              Steven   Guttman     on behalf of Defendant Jennie H. Kimura kdubm_bk@kdubm.com
              Steven   Guttman     on behalf of Interested Party Jennie H. Kimura kdubm_bk@kdubm.com
              Steven   Guttman     on behalf of Creditor    Snap-on Credit LLC kdubm_bk@kdubm.com
              Steven   Guttman     on behalf of Defendant Jennie   Kimura kdubm_bk@kdubm.com
              Susan   Tius    on behalf of Interested Party Jean F. Takamiya Stius@rmhawaii.com
              Ted N. Pettit     on behalf of Defendant Dennis I. Hinahara tnp@caselombardi.com,
               shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
               rdi.com
              Ted N. Pettit     on behalf of Defendant Carol   Uhl tnp@caselombardi.com,
               shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
               rdi.com
              Ted N. Pettit     on behalf of Defendant Esther   Aguinaldo tnp@caselombardi.com,
               shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
               rdi.com
              Ted N. Pettit     on behalf of Creditor Dennis   Hinahara tnp@caselombardi.com,
               shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
               rdi.com
              Ted N. Pettit     on behalf of Defendant Myra S. Hinahara tnp@caselombardi.com,
               shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
               rdi.com
              Ted N. Pettit     on behalf of Defendant David-Jay  Yamaguchi tnp@caselombardi.com,
               shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
               rdi.com
              Ted N. Pettit     on behalf of Defendant Ninay   Piano tnp@caselombardi.com,
               shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
               rdi.com
              Ted N. Pettit     on behalf of Defendant Jan-Renee   Souza-Almeida tnp@caselombardi.com,
               shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
               rdi.com
              Ted N. Pettit     on behalf of Creditor MYRA S. HINAHARA tnp@caselombardi.com,
               shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
               rdi.com
              Ted N. Pettit     on behalf of Attorney Dennis   Hinahara tnp@caselombardi.com,
               shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
               rdi.com
              Teri-Ann E.S. Nagata     on behalf of Defendant    Fusato CPA Inc. tnagata@cades.com
              Teri-Ann E.S. Nagata     on behalf of Defendant Mindy S.L.K. Fusato tnagata@cades.com
              Teri-Ann E.S. Nagata     on behalf of Defendant Ross   Fusato tnagata@cades.com
              Theodore D.C. Young     on behalf of Defendant Robert E Rowland tyoung@cades.com,
               rhirayama@cades.com
              Theodore D.C. Young     on behalf of Defendant Charles R. Albright tyoung@cades.com,
               rhirayama@cades.com
              Theodore D.C. Young     on behalf of Defendant    Fusato CPA Inc. tyoung@cades.com,
               rhirayama@cades.com
              Theodore D.C. Young     on behalf of Defendant Casey   Albright tyoung@cades.com,
               rhirayama@cades.com
              Theodore D.C. Young     on behalf of Defendant    Revocable Trust of Barbara L. Albright
               tyoung@cades.com,  rhirayama@cades.com
              Theodore D.C. Young     on behalf of Defendant Mindy S.L.K. Fusato tyoung@cades.com,
               rhirayama@cades.com
              Theodore D.C. Young     on behalf of Creditor Casey R. Albright tyoung@cades.com,
               rhirayama@cades.com
              Theodore D.C. Young     on behalf of Defendant    Revocable Trust of Charles R. Albright
               tyoung@cades.com,  rhirayama@cades.com
              Theodore D.C. Young     on behalf of Defendant    Robert E. Rowland Attorney At Law, A Law
               Corporation tyoung@cades.com,  rhirayama@cades.com
              Theodore D.C. Young     on behalf of Defendant Ross   Fusato tyoung@cades.com,  rhirayama@cades.com
              Theodore D.C. Young     on behalf of Defendant Barbara L. Albright tyoung@cades.com,
               rhirayama@cades.com
```

```
District/off: 0975-1           User: bl              Page 7 of 7              Date Rcvd: Apr 30, 2020
                               Form ID: H1340        Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Theodore D.C. Young   on behalf of Interested Party Ross & Mindy  Fusato tyoung@cades.com, rhirayama@cades.com
        Thomas H. Yee   on behalf of Creditor    Hawaii National Bank tyee@wik.com,  dmatsuda@wik.com
        Timothy Carl Partelow   on behalf of Creditor Jody C Boeringa tim.partelow@dentons.com, tiare.lindholm@dentons.com;Docket.General.Lit.HNL@dentons.com
        Tina L. Colman   on behalf of Defendant Susan Leilani Spencer Ewing notice@ahfi.com
        Tina L. Colman   on behalf of Defendant Eudora Keliikokua Kukona Lopes notice@ahfi.com
        Tina L. Colman   on behalf of Defendant Edyne Haunani Daniels Valente notice@ahfi.com
        Tina L. Colman   on behalf of Defendant Gay Iwalani McGuire notice@ahfi.com
        Tina L. Colman   on behalf of Defendant Yvonne Piilani Daniels Cox notice@ahfi.com
        Tina L. Colman   on behalf of Defendant David Harold McGuire notice@ahfi.com
        Tina L. Colman   on behalf of Defendant Ione Uilani Daniels Nobriga notice@ahfi.com
        Tina L. Colman   on behalf of Defendant Annette Mapuana McGuire Collins notice@ahfi.com
        Tina L. Colman   on behalf of Defendant Georgiana Mokihana Kukona Oliveira notice@ahfi.com
        Tina L. Colman   on behalf of Defendant Edith Leinaala Kaaua Britto notice@ahfi.com
        Tina L. Colman   on behalf of Defendant Zenobia Kaleihulumamo Kukona Oue notice@ahfi.com
        Tina L. Colman   on behalf of Defendant Jonathan  Starr notice@ahfi.com
        Tom E. Roesser   on behalf of Defendant    Nani A Maka Corp. troesser@carlsmith.com, cimai@carlsmith.com
        Wayne K.T. Mau   on behalf of Creditor    American Savings Bank, F.S.B. wayne@wmaulaw.com
        Wayne K.T. Mau   on behalf of Creditor    American Savings Bank wayne@wmaulaw.com
        William M. Harstad   on behalf of Defendant Don L. Manzano wmh@carlsmith.com, troesser@carlsmith.com;krandolph@carlsmith.com
        William M. Harstad   on behalf of Defendant Gloria B. Manzano wmh@carlsmith.com, troesser@carlsmith.com;krandolph@carlsmith.com
        William M. Harstad   on behalf of Defendant    Nani A Maka Corp. wmh@carlsmith.com, troesser@carlsmith.com;krandolph@carlsmith.com
        William M. Harstad   on behalf of Defendant    Kai Lalo Corporation wmh@carlsmith.com, troesser@carlsmith.com;krandolph@carlsmith.com

                                                                                                                                                                             TOTAL: 225

Local Form H1340(10/19)

| Information to identify the case: | |
|---|---|
| Debtor 1: **Maui Industrial Loan & Finance Company, Inc.** (Name) | **United States Bankruptcy Court District of Hawaii** |
| Debtor 2 (Spouse, if filing): (Name) | Case number: **10–00235**<br>Chapter: **7** |

# ORDER GRANTING APPLICATION
# FOR PAYMENT OF UNCLAIMED FUNDS

On April 15, 2020, an application was filed for the Claimant(s), Janet Ethelwynn Lloyd, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $50,367.51 held in unclaimed funds be made payable to Leslie–Aina A. Weight Successor Trustee to Janet Ethelwynn Lloyd Estate and be disbursed to the payee at the following address:

Leslie–Aina A. Weight Successor Trustee to Janet Ethelwynn Lloyd Estate
1000 Ainako Avenue
Hilo, Hawaii 96720.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Date:   April 29, 2020

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Robert J. Faris
United States Bankruptcy Judge